### 13390. TUTT *v.* THE STATE.

BROYLES, C. J. 1. None of the grounds of the amendment to the motion for a new trial requires a reversal of the judgment below.

2. While the evidence against the accused was weak, this court cannot say that his conviction was unauthorized by *any* evidence, and, as the finding of the jury has been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 9, 1922.

Indictment for manufacture of liquor; from Lincoln superior court — Judge Shurley. January 23, 1922.

*R. W. Ware,* for plaintiff in error.

*M. L. Felts,* solicitor-general, contra.